# MEMORANDUM DECISIONS

**1**

Bob AVERY, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 22, 1925.) No. 7182. In Error to the District Court of the United States for the District of Wyoming. C. L. Rigdon, of Cheyenne, Wyo., for plaintiff in error. Albert D. Walton, U. S. Atty., of Cheyenne, Wyo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

**2**

Joseph BARNETT et al., Plaintiffs in Error, v. Grace B. DOERING. (Circuit Court of Appeals, Eighth Circuit. June 18, 1925.) No. 7004. In Error to the District Court of the United States for the District of New Mexico. J. O. Seth, of Santa Fé, N. M., and George S. Downer and W. A. Keleher, both of Albuquerque, N. M., for plaintiffs in error. John F. Simms, of Albuquerque, N. M., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, per stipulation of parties.

**3**

Jeanette BARRINGER, Appellant, v. R. R. SNEAD, Trustee, etc. (Circuit Court of Appeals, Eighth Circuit. July 6, 1925.) No. 6908. Appeal from the District Court of the United States for the Eastern District of Oklahoma. William G. Davisson, of Ardmore, Okl., for appellant. H. H. Brown, R. B. Brown, and J. E. Williams, all of Ardmore, Okl., for appellee.

PER CURIAM. Appeal dismissed on motion of appellant and stipulation of parties.

**4**

Tony BERNACCO et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 5, 1925.) No. 6695. In Error to the District Court of the United States for the Eastern District of Missouri. Arthur Stahl and Eugene D. Andrews, both of St. Louis, Mo., for plaintiffs in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, for failure to print record and file briefs. See, also, 299 Fed. 787.

**5**

Joe BERRETTA v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 10, 1925.) No. 4291. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. John Galella, of Memphis, Tenn., for plaintiff in er-

ror. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

**6**

Hobart BRANSON et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 12, 1925.) No. 6846. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiffs in error. James A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

**7**

Harry L. BRENTS, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 1, 1925.) No. 6958. In Error to the District Court of the United States for the District of Kansas. Charles Stephens and F. E. Dresia, both of Columbus, Kan., for plaintiff in error. Frank H. McFarland, Asst. U. S. Atty., of Topeka, Kan.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 22, 23, and 24.

**8**

J. H. BRYANT v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 4, 1925.) No. 4286. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Bryan, Semmes & Brode, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed. Mandate to issue forthwith.

**9**

Thomas BUTLER, Jr., v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 4, 1925.) No. 4265. In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge. Huggins & Oldham, of Louisville, Ky., for plaintiff in error. W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Judgment of the District Court affirmed. Mandate to issue forthwith.